THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GINA BISIGNANI, | : |
| | : |
| Plaintiff, | : |
| v. | : 3:22-CV-1161 |
| | : (JUDGE MARIANI) |
| WELTMAN, WEINBERG & REIS CO., LPA, | : |
| | : |
| Defendant. | : |

**ORDER**

AND NOW, THIS 25th DAY OF APRIL, 2024, this Court having stayed the above-captioned action on November 30, 2022 (Doc. 6) upon notice by Plaintiff that she had filed a petition for relief under Chapter 7 in the United States Bankruptcy Court for the Middle District of Pennsylvania (Doc. 5), **IT IS HEREBY ORDERED THAT** Plaintiff shall file a letter, within **14 days** of the date of this Order, setting forth the status of Plaintiff's Chapter 7 bankruptcy proceedings.

_____
Robert D. Mariani
United States District Judge