IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Gina Bisignani,<br>        Plaintiff<br><br>   v.<br><br>Weltman, Weinberg, & Reis Co., LPA,<br>        Defendant | Docket No. 3:22-cv-1161-RDM<br><br>(Judge Robert D. Mariani<br><br>ELECTRONICALLY FILED |

## JOINT STATUS REPORT

Plaintiff's bankruptcy has concluded, and counsel have been conferring on how the case should proceed. The Third Circuit Court of Appeals has issued a decision in *Barclift v. Keystone Credit Services, LLC*, Case No. 22-1295. A copy of the *Barclift* decision is attached hereto. In *Barclift*, the court found that a consumer—who asserted the same type of claim that was asserted by the Plaintiff here—lacked standing to proceed in Federal Court. The parties agree that *Barclift* is controlling here. Because Plaintiff's claim was initially filed in the Lackawanna County Court of Common Pleas, and was then removed by Defendant, the case should be remanded back to state court. The parties therefore request that the Court enter an order remanding the case back to the Lackawanna County Court of Common Pleas.

| | |
|---|---|
| *s/ Brett M. Freeman*<br>Brett M. Freeman<br>Bar Number PA 308834 | *s/ Graeme Hogan (with consent)*<br>Graeme Hogan<br>Bar Number PA 319656 |

| | |
|---|---|
| FREEMAN LAW | Kaufman Dolowich & Voluck, LLP |
| Attorney for Plaintiff | Attorney for Defendant |
| 606 Hamlin Highway, Suite 2 | 1650 Market St., Suite 4800 |
| Lake Ariel, PA 18436 | Philadelphia, PA 19103 |
| P: (570) 589-0010 | P: (484) 841-7109 |
| F: (570) 456-5955 | F: (215) 405-2973 |
| brett@freeman.law | ghogan@kaufmandolowich.com |