THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GINA BISIGNANI, | : | |
| Plaintiff, | : | |
| v. | : | 3:22-CV-1161 |
| | : | (JUDGE MARIANI) |
| WELTMAN, WEINBERG & REIS CO., LPA, | : | |
| Defendant. | : | |

FILED
SCRANTON
APR 25 2024
Per_____
DEPUTY CLERK

## ORDER

AND NOW, THIS 25th DAY OF APRIL, 2024, upon consideration of the parties' Joint Status Report (Doc. 8) requesting that the above-captioned action be remanded to the Court of Common Pleas of Lackawanna County in light of the Third Circuit Court of Appeals' recent decision in *Barclift v. Keystone Credit Services, LLC*, 93 F.4th 136 (3d Cir. 2024), **IT IS HEREBY ORDERED THAT:**

1. The action is **REMANDED** to the Court of Common Pleas of Lackawanna County.

2. The Clerk of Court is directed to **CLOSE** the federal action.

3. The Clerk of Court is directed to mail a certified copy of this order of remand to the Clerk of the Court of Common Pleas of Lackawanna County.

_____
Robert D. Mariani
United States District Judge